

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF JOSHUA DANIEL TOVAR, DECEASED, Appellant. | § § § § § § § § | No. 08-22-00028-CV Appeal from the Probate Court No. 1 of El Paso County, Texas (TC# 2021-CPR01440) |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 10, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stewart W. Forbes, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 10, 2022.

IT IS SO ORDERED this 6th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.